IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

           CR. NO. S-03-0258 EJG

      v.

           ORDER DIRECTING UNITED STATES
JAMES JACKSON,           TO FILE A RESPONSE

        Defendant.
_____/

    Defendant, a federal prisoner proceeding pro se, has filed a
motion for return of property pursuant to Federal Rule of
Criminal Procedure 41.  The United States is directed to file and
serve a response to the motion within 30 days from the filing
date of this order.  Defendant shall file and serve a reply
within 30 days after service of the government's response.  The
matter will stand submitted upon receipt of the reply brief.  The
Clerk of Court is directed to add defendant Jackson to the
service list, and to serve a copy of this order on both defendant
at the federal correctional institution listed on his motion, and
Assistant U.S. Attorney Carolyn Delaney.

    IT IS SO ORDERED.

Dated: May 3, 2007

                  /s/ Edward J. Garcia
                  EDWARD J. GARCIA, JUDGE
                  UNITED STATES DISTRICT COURT