IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JAMES JACKSON,

        Defendant.
_____/

CR. NO. S-03-0258 EJG

ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEF

    Defendant, a federal prisoner proceeding pro se, has filed a motion for the return of property pursuant to Federal Rule of Criminal Procedure 41(g). The government has filed its opposition, and defendant has filed a reply. Factual questions raised in the motion remain unanswered after the filing of the responsive briefs. Accordingly, supplemental briefing is required.

    In his motion for return of property, defendant lists numerous items taken from him <u>at the time of his arrest</u> in the underlying case. Specifically, defendant lists multiple diamond rings, gold bracelets and chains and a watch, in addition to

1

cash.  The government's opposition, however, focuses solely on property and cash seized at a residence pursuant to a search warrant prior to defendant's arrest.

   Rule 41(g) requires the court to receive evidence on any factual issue necessary to decide the motion.  Accordingly, the government is directed to produce evidence in the form of personal property records and declaration(s) from the personnel at the Sacramento County Jail where defendant was booked following his arrest on April 30, 2003, detailing what, if any, property, specifically jewelry, was removed from defendant at the time of his arrest and booking.  Upon receipt of this documentation, the matter will stand submitted.

   The government's supplemental brief and evidence shall be filed with the court and served on defendant within 30 days from the filing date of this order.

   IT IS SO ORDERED.

Dated: August 7, 2007

                    /s/ Edward J. Garcia
                    EDWARD J. GARCIA, JUDGE
                    UNITED STATES DISTRICT COURT