AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:03cr0258-02 |
| JAMES JACKSON ) | USM No: 14541-097 |
| ) | AFD David Porter |
| Date of Previous Judgment:  05/07/2004 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __168__ months **is reduced to** __135 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __35__                Amended Offense Level: __33__
Criminal History Category: __I__              Criminal History Category: __I__
Previous Guideline Range: __168__ to __210__ months     Amended Guideline Range: __135__ to __168__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __05/07/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __06/03/2008__                           _____ Judge's signature

Effective Date: _____                    EDWARD J. GARCIA, SR. U. S. DISTRICT JUDGE
(if different from order date)                        Printed name and title